UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Wayne Education Association,  :  Civil Action No. 2:14-CV-00492-KSH-CLW
                              :
      v.                      :
                              :
Wayne Board of Education and  :
Dr. Raymond A. Gonzalez,      :
Superintendent of Schools     :

**DISCLOSURE STATEMENT**

The undersigned counsel for __Plaintiff Wayne Education Association__, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_[signature]_
Signature of Attorney

Arnold M. Mellk
Print Name

Jan. 29, 2014
Date

Mellk O'Neill
Name of Firm

10 Nassau Street, P.O. Box 614
Address

Princeton, NJ   08542
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)