# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WAYNE EDUCATION ASSOCIATION,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**WAYNE BOARD OF EDUCATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:14-CV-00492-KSH-CLW**

TO: *(Name and address of Defendant):*

```
Wayne Board of Education
50 Nellis Drive
Wayne, NJ 07470
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

CLERK

**Dianne C. Richards**

(By) DEPUTY CLERK



**ISSUED ON 2014-01-27 16:06:53.0**, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  JAN 30, 2014 |
|---|---|
| NAME OF SERVER (PRINT)  JOSEPH BELDEN | TITLE  PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: MARISOL BERRIOS, ASST SUPERINTENT

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify) : _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL  112 MILES | SERVICES $40 | TOTAL $40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/30/2014___
                    Date

Signature of Server

707 WINDMERE COURT, TRENTON, NJ 08620
Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**WAYNE EDUCATION ASSOCIATION,**
*Plaintiff*

V.             **SUMMONS IN A CIVIL CASE**

**WAYNE BOARD OF EDUCATION, ET AL.,**
*Defendant*

CASE NUMBER: **2:14−CV−00492−KSH−CLW**


TO: *(Name and address of Defendant):*
Dr. Raymond A. Gonzalez, Superintendent of Schools
Wayne Board of Education
50 Nellis Drive
Wayne, NJ 07470


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**WILLIAM T. WALSH**

CLERK


**Dianne C. Richards**

(By) DEPUTY CLERK



ISSUED ON 2014−01−27 16:06:53.0, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JAN. 30, 2014 |
| NAME OF SERVER (PRINT)  JOSEPH GOLDEN | TITLE  PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left:  MARISOL BERRIOS, ASST SUP--- DENT

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL  56mi   $27.44 | SERVICES  $60 | TOTAL  $87.44 |
|---|---|---|
| T.ʳⁿ²  112 miles | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/30/2014
_____
Date

_____
Signature of Server

107 WINDMERE COURT, TRENTON, NJ 08620
_____
Address of Server