

# METHFESSEL & WERBEL
### A Professional Corporation

| | Counsel | Associates |
|---|---|---|
| JOEL N. WERBEL> | LORI BROWN STERNBACK*+ | CHRISTIAN R. BAILLIE+ |
| JOHN METHFESSEL, JR.> | PAUL J. ENDLER JR.> | ELIZABETH C. CONNELLY+ |
| EDWARD L. THORNTON*> | I. BLAKELEY JOHNSTONE,III+* | JACQUELINE C. CUOZZO+ |
| FREDRIC PAUL GALLIN*+^ | GERALD KAPLAN+ | EDWARD D DEMBLING> |
| STEPHEN R. KATZMAN# | JARED P. KINGSLEY*+ | MICHAEL R. EATROFF> |
| WILLIAM S.BLOOM>* | JOHN R. KNODEL*+ | JAMES FOXEN^ |
| ERIC L. HARRISON*+ | CHARLES T. MCCOOK, JR. *> | JENNIFER M. HERRMANN^= |
| MATTHEW A. WERBEL> | MARTIN R. MCGOWAN, JR.> | BENJAMIN J. HOCHBERG+ |
| MARC DEMBLING*+ | STEVEN K. PARNESS+ | RICHARD J. ISOLDE+ |
| | GINA M. STANZIALE> | MAURICE JEFFERSON> |
| Of Counsel | ADAM S. WEISS< | FRANK J. KEENAN+^ |
| JOHN METHFESSEL, SR.> | | LESLIE A. KOCH+ |
| DONALD L. CROWLEY*+ | | ALLISON M. KOENKE> |
| | | VIVIAN LEKKAS+ |
| | | CAITLIN LUNDQUIST> |
| | | RICHARD A. NELKE~ |
| | | RAINA M. PITTS^ |
| | | MATTHEW L. RACHMIEL> |
| | | WILLIAM J. RADA> |
| | | AMANDA J. SAWYER^ |
| | | JARED S. SCHURE> |
| | | BORIS SHAPIRO> |
| | | LINDSAY A. SPERO+ |
| | | LEVI E. UPDYKE^ |
| | | CHRISTOPHER P. WARD+ |

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

February 26, 2014

VIA E-FILING
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ 07101

RE: **WAYNE EDUCATION ASSN. VS. WAYNE BOARD OF ED**
    Our File No.    : 78906 ELH
    Docket No.     : 2:14-CV-00492-KSH-CLW

Dear Judge Waldor:

We represent defendants Wayne Board of Education. We respectfully request a thirty day extension to answer the Complaint, rendering the new due date April 7, 2014. Counsel for plaintiff has graciously consented to this request.

We thank the Court for its consideration.

                Respectfully,

                **METHFESSEL & WERBEL, ESQS.**

                Eric L. Harrison
                harrison@methwerb.com
                Ext. 138

ELH:jml

    cc:    VIA EMAIL: mellk1@yahoo.com
            Arnold M. Mellk, Esq.
            Mellk O'Neill
            10 Nassau Street
            Princeton, NJ 08542