

## METHFESSEL & WERBEL
A Professional Corporation

| Counsel | Associates |
|---|---|
| JOEL N. WERBEL> | CHRISTIAN R. BAILLIE+ |
| JOHN METHFESSEL, JR.> LORI BROWN STERNBACK*+ | ELIZABETH C. CONNELLY+ |
| EDWARD L. THORNTON*> PAUL J. ENDLER JR.> | JACQUELINE C. CUOZZO+ |
| FREDRIC PAUL GALLIN*+^ I. BLAKELEY JOHNSTONE,III+* | EDWARD D DEMBLING> |
| STEPHEN R. KATZMAN# GERALD KAPLAN+ | MICHAEL R. EATROFF> |
| WILLIAM S.BLOOM>* JARED P. KINGSLEY*+ | JAMES FOXEN^ |
| ERIC L. HARRISON*+ JOHN R. KNODEL*+ | JENNIFER M. HERRMANN^= |
| MATTHEW A. WERBEL> CHARLES T. MCCOOK, JR. *> | BENJAMIN J. HOCHBERG+ |
| MARC DEMBLING*+ MARTIN R. MCGOWAN, JR.> | RICHARD J. ISOLDE+ |
| STEVEN K. PARNESS+ | MAURICE JEFFERSON> |
| GINA M. STANZIALE> | FRANK J. KEENAN+^ |
| Of Counsel ADAM S. WEISS< | LESLIE A. KOCH+ |
| JOHN METHFESSEL, SR.> | ALLISON M. KOENKE> |
| DONALD L. CROWLEY*+ | VIVIAN LEKKAS+ |
| | CAITLIN LUNDQUIST> |
| | RICHARD A. NELKE~ |
| | RAINA M. PITTS^ |
| | MATTHEW L. RACHMIEL> |
| | WILLIAM J. RADA> |
| | AMANDA J. SAWYER^ |
| | JARED S. SCHURE> |
| | BORIS SHAPIRO> |
| | LINDSAY A. SPERO+ |
| | LEVI E. UPDYKE^ |
| | CHRISTOPHER P. WARD+ |

February 26, 2014

VIA E-FILING
Honorable Cathy L. Waldor, U.S.M.J.
United States District Court - Newark
Martin Luther King Jr.
Federal Building and U.S. Court
Newark, NJ 07101

\* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^ Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
~Member of NY, NJ & DC Bar
=Member of FL Bar

**Please reply to New Jersey**

RE: **WAYNE EDUCATION ASSN. VS. WAYNE BOARD OF ED**
    Our File No.    : 78906 ELH
    Docket No.      : 2:14-CV-00492-KSH-CLW

Dear Judge Waldor:

We represent defendants Wayne Board of Education. We respectfully request a thirty day extension to answer the Complaint, rendering the new due date April 7, 2014. Counsel for plaintiff has graciously consented to this request.

We thank the Court for its consideration.

Respectfully,

**METHFESSEL & WERBEL, ESQS.**

Eric L. Harrison
harrison@methwerb.com
Ext. 138

ELH:jml

cc:   VIA EMAIL: mellk1@yahoo.com
      Arnold M. Mellk, Esq.
      Mellk O'Neill
      10 Nassau Street
      Princeton, NJ 08542

SO ORDERED

*s/Cathy L. Waldor*
Cathy L. Waldor, U.S.M.J.

Date: 2/27/14

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
450 Seventh Avenue • Suite 1400 • New York, NY 10123 • (212) 947-1999 • FAX (212) 947-3332
101 E. Lancaster Avenue • Suite 304 • Wayne, PA 19087 • (610) 902-0150 • FAX (610) 902-0152
www.njinslaw.com